UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIANNE BARR,<br><br>         Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY,<br>d/b/a GEICO INSURANCE COMPANY,<br><br>         Defendant. | Case No.  2:11-cv-01086-PMP-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated July 1, 2011, required the parties to file a Joint Status Report regarding removed action no later than August 3, 2011. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **August 22, 2011,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 11th day of August, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge